IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | } } } | |
| Plaintiff, | } } | CIVIL ACTION NO. |
| v. | } } | 00-AR-2762-S |
| PEMCO AEROPLEX, INC., | } } | |
| Defendant. | } | |

**MEMORANDUM OPINION AND ORDER**

Plaintiff, Equal Employment Opportunity Commission ("EEOC"), claiming the deliberative process privilege, has objected to the production of certain of its internal documents requested by defendant, Pemco Aeroplex, Inc. ("Pemco"), whereupon Pemco filed a motion to compel. Pursuant to the order entered by this court on December 2, 2005, EEOC filed the declaration of Cari M. Dominguez, formally claiming the privilege that EEOC says attaches to the materials sought by Pemco, and submitted to the court for *in camera* inspection its materials that EEOC says should be protected.

The court has read every word of the materials submitted by EEOC and finds that the privilege or privileges asserted by EEOC are meaningful and valid only if EEOC concedes that it will not offer into evidence any finding or determination it has made that a racially hostile environment existed or exists at Pemco. Not only would such a determination by the EEOC be self-serving and unduly prejudicial, but for EEOC to offer it would constitute a

waiver of any claimed privilege by creating a reason for Pemco to challenge the quality of the EEOC investigation that led it to the conclusion it reached. The fact that the court in *Burnes v. Pemco* received into evidence EEOC determinations favorable to plaintiffs will not affect any prospective evidentiary ruling in this case in which EEOC is itself the plaintiff.

If EEOC files the suggested concession **by 4:30 p.m., December 30, 2005,** Pemco's motion to compel will be denied. If not, an appropriately redacted set of EEOC's materials will be made available to Pemco by the partial grant of Pemco's motion.

DONE this 21st day of December, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE